Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 3**

| | |
|---|---|
| **THE GOVERNMENT OF THE LAO PEOPLE'S DEMOCRATIC REPUBLIC**<br><br>                    **Plaintiff,**<br><br>        **v.**<br><br>**UNITED STATES,**<br><br>                    **Defendant.** | **SUMMONS**<br>**Court No.   26-cv-02980** |

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ *Gina Justice*
Clerk of the Court

1.    Plaintiff is the Government of the Lao People's Democratic Republic. Plaintiff is the government of a country in which merchandise subject to the contested determination is produced, manufactured and from which country such merchandise is exported, and therefore qualifies as an interested party under 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(F).  Plaintiff actively participated in the proceeding through written submissions of factual information, and thus was a party to the proceeding. 19 C.F.R. § 351.102(b). Plaintiff therefore has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2.    Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in the antidumping duty investigation on *Silicon Metal From the Lao People's Democratic Republic: Final Affirmative Determination of Sales at Less Than Fair Value and Classification of the Lao People's Democratic Republic as a Non-Market Economy*, 91 Fed. Reg. 8,407 (Dep't Commerce Feb. 23, 2026). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II), (a)(2)(B)(i).
(Brief description of the contested determination)

3.    Commerce issued its Final Determination on February 17, 2026, and the corresponding Order was published on April 16, 2026.
(Date of determination)

Form 3-2

4.      Commerce published its Final Determination on February 23, 2026, and the corresponding Order was published on April 16, 2026.

(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Mark Lehnardt

**DAVIS & LEIMAN P.C.**
1025 Connecticut Av., NW, Suite 1012
Washington, DC 20036
202-642-4850
Mlehnardt@dltrade.com

*/s/ Mark Lehnardt*

Signature of Plaintiff's Attorney

May 15, 2026

Date

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. Department of Commerce**
14th Street and Constitution Avenue, NW
Washington, DC 20230