# UNITED STATES COURT OF INTERNATIONAL TRADE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                                  :
                                                                  :
The Government of the Lao People's Democratic                     :
Republic                                                          :
                                                                  :
           Plaintiffs,                                            :
                                                                  :
     v.                                                           :     Court No. 26-02980
                                                                  :
                                                                  :
United States,                                                    :
                                                                  :
           Defendant.                                             :
                                                                  :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

## <u>ORDER OF DISMISSAL</u>

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

Gina Justice
Clerk of the Court

By:    /s/ Stephen Swindell
       Deputy Clerk

Date:  June  22,  2026
       New York, New York